IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

HELENE M. TYRRELL                                                                                    PLAINTIFF

vs.                                        Civil No. 6:10-cv-06102

OAKLAWN JOCKEY CLUB                                                                           DEFENDANTS
SOUTHWEST CATERING CO., INC.

## ORDER

Plaintiff has filed a complaint in this matter together with a request for leave to proceed *in forma pauperis*.  After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit, and, accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed *in forma pauperis* is **GRANTED**.  The matter of service will be determined at a later date.

**IT IS SO ORDERED this 14TH day of January, 2011.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE